**FILED**
September 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )     Case No. 2:08MJ00325-GGH-01
        Plaintiff,              )
v.                                     )     ORDER FOR RELEASE OF
                                          )     PERSON IN CUSTODY
RICHARD JAMES MILLER,     )
                                          )
        Defendant.             )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICHARD JAMES MILLER__ , Case No. __2:08MJ00325-GGH-01__ , Charge __21 USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  __     Release on Personal Recognizance

     __  __     Bail Posted in the Sum of $_____

           __  __     Unsecured Appearance Bond

           __  __     Appearance Bond with 10% Deposit

           __  __     Appearance Bond with Surety

           __  __     Corporate Surety Bail Bond

     ✔     (Other)      __Pretrial conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 22, 2008__ at __2:00 pm__ .

                                 By    /s/ Gregory G. Hollows
                                     Gregory G. Hollows
                                     United States Magistrate Judge

Copy 5 - Court